## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

POLA SHIPPING LTD.                                    CIVIL ACTION
                        Plaintiff

            versus                                   NO.

ST SHIPPING & TRANSPORT PTE LTD.,                    SECTION
and GLENCORE INTERNATIONAL AG
                                                     JUDGE

                        Defendants                   MAGISTRATE

### AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### KEVIN J. LAVIE

who, after being duly sworn, did depose and say that:

1. He has personally conducted a diligent search in order to determine whether or not the foreign defendants in this action, ST Shipping & Transport Pte. Ltd., and Glencore International AG, can be found in this district.

2. He has reviewed local internet telephone directories, searched the Louisiana Secretary of State's official corporate database website, and has conducted various web and internet searches; and

3. Based upon the results of the inquiries hereinabove mentioned, to the best of his knowledge, information and belief, the defendants cannot be found within the District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

_____
KEVIN J. LAVIE

- 1 -

PD.22833552.1

- 2 -

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 15TH DAY

OF DECEMBER, 2017.

_____

NOTARY PUBLIC

Michael M. Butterworth
Notary Public, Notary ID # 38295
Orleans Parish Louisiana
My Commission Expires With Life
Louisiana Bar #21265

PD.22833552.1