### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **POLA LOGISTICS  LTD** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER:  17-17345** |
| **ST SHIPPING AND TRANSPORT PTE LTD AND GLENCORE INTERNATIONAL AG** | **SECTION: "S" (5)** |
| | **JUDGE LEMMON** |
| | **MAGISTRATE NORTH** |

### *EX PARTE* CONSENT MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

Plaintiff Pola Logistics Ltd ("Pola"), through undersigned counsel, respectfully moves this Honorable Court for an Order staying the above-captioned matter pending resolution of the instant dispute through London arbitration between Pola and defendants, ST Shipping and Transport Pte Ltd ("ST Shipping") and Glencore International AG ("Glencore"), *in personam.*

Pola entered into a contract of affreightment and related agreements in August 2017.  Under these contracts, Pola agreed to provide vessels to carry cargos for defendants ST Shipping and/or Glencore.  Pola further alleges the following occurred:

Pursuant to the contracts, Pola offered, and defendants accepted, the ASIAN PRIDE for the carriage of cargo, but then in breach of the applicable charter and related contracts, defendants repudiated the charter, and thereby breached the applicable contract of affreightment and other agreements.

This led to Pola having to rescind its charter or other contract with the owners of the ASIAN PRIDE, Bulk Trading SA Lugano ("Bulk Trading"), which

in turn attached property allegedly owned by Pola aboard the vessel HAMPTON BRIDGE. (See U.S.D.C., E.D.L.A. C.A. 2:17-cv-16721) While denying ownership of any property aboard that vessel, to prevent further interruptions of its business, Pola was forced to post a cash escrow of USD $500,000.00 in favor of Bulk Trading, all as a direct result of the alleged wrongful repudiation of the charter of the ASIAN PRIDE by defendants. In addition to the escrow, Pola as a result of the breach by defendants incurred other losses, expenses, attorneys' fees and related losses.

The applicable contract of affreightment and related agreements provide for binding arbitration between Pola and ST Shipping and Glencore.

This civil action was filed to obtain monetary security pending the conclusion of arbitration proceedings and/or the conclusion of litigation between the parties.

Section 8 of the Federal Arbitration Act dictates that, in cases like the one at hand, the Court has the authority to stay proceedings and permit the parties to proceed with arbitration:

> If the basis of jurisdiction be a cause of action otherwise justiciable in admiralty, then, notwithstanding anything herein to the contrary, the party claiming to be aggrieved may begin his proceeding hereunder by libel and seizure of the vessel or other property of the other party according to the usual course of admiralty proceedings, and the court shall then have jurisdiction to direct the parties to proceed with the arbitration and shall retain jurisdiction to enter its decree upon the award.[1]

Undersigned counsel has discussed this Motion with counsel for defendants ST Shipping and Glencore, who consent to this Motion to Stay, but

---

[1] 9 U.S.C. § 8.

expressly reserve and do not waive any of their rights or defenses, including, but not limited to, any jurisdictional defenses and their right to move for an order reducing the amount of the substitute security.   Accordingly, Plaintiff Pola respectfully requests that its *Ex Parte* Consent Motion and Incorporated Memorandum in Support of Motion to Stay Proceedings Pending Arbitration be GRANTED.

<div style="margin-left:40%;">

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   *s/ Kevin J. LaVie*
_____
Kevin J. LaVie (#14125)
Justin C. Warner (#37349)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Attorneys for Plaintiff, Pola Logistics
Ltd

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all counsel of record via the CM/ECF system this 28th day of March, 2018.

<div style="margin-left:40%;">

*s/ Kevin J. LaVie*
_____
KEVIN J. LAVIE

</div>

PD.23473196.1